**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Tanisha Denton, | Civil No: 08-1347 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Astellas Pharma, US, Inc., Astellas Pharma Inc., | |
| Defendants. | |

---

Based upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 8) and by agreement of all the parties who have appeared in this action, **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, and without costs and fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 9, 2010

                                                   s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge